# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS NATIONAL PENSION FUND, et al., | Case No.: 2:19-cv-02136-APG-DJA |
| Plaintiffs | **Order Administratively Closing Case** |
| v. | |
| SOUTHWEST AIR CONDITIONING SERVICES, INC., | |
| Defendant | |

In light of the plaintiffs' response to the notice of intent to dismiss for want of prosecution,

I ORDER the clerk of court to administratively close this case.

DATED this 30th day of November, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE